Dismissed and
Memorandum Opinion filed June 3, 2010.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-10-00032-CV

____________

 

MICHAEL GARRETT, Appellant

 

V.

 

REGINA YVONNE GARRETT, Appellee

 

 

 



On Appeal from the 13th District Court

Navarro County, Texas

Trial Court Cause No. 07-16719-CV

 

 

 



MEMORANDUM
OPINION

            This is an appeal from a judgment signed November 16, 2009.  The
clerk’s record was filed January 25, 2010.  No brief was filed.

            On April 15, 2010, this court issued an order stating that
unless appellant submitted his brief, together with a motion reasonably
explaining why the brief was late, on or before May 17, 2010, the court would
dismiss the appeal for want of prosecution.  See Tex. R. App. P. 42.3(b).

Appellant filed no brief,
motion, or other response.

            Accordingly, the appeal is ordered dismissed.

 

                                                                        PER
CURIAM

 

Panel consists of Justices
Anderson, Frost, and Seymore.